THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN KELEMEN, Appellant.

Submitted February 4, 2008; decided March 25, 2008

Motion for leave to appeal dismissed upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal action (*see* NY Const, art VI, § 3 [b]; CPLR 5602; CPL 450.90). Motion for poor person relief dismissed as academic.